### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. AND SABLE IP, LLC, ) ) ) | |
| Plaintiffs, ) | Case No. 5:20-cv-00111-RWS |
| ) | |
| vs. ) | |
| ) | |
| PALO ALTO NETWORKS, INC., ) ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Michelle L. Marriott enters her appearance as counsel for Defendant Palo Alto Networks, Inc., in the above-referenced proceeding for the purpose of receiving notices from the Court. Ms. Marriott is currently admitted to practice in the United States District Court for the Eastern District of Texas. Ms. Marriott's contact information is as follows:

Michelle L. Marriott
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile
Kansas Bar Number: 21784
michelle.marriott@eriseip.com

DATED: August 24, 2020              Respectfully submitted,

By: /s/ *Michelle L. Marriott*
Michelle L. Marriott
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile
michelle.marriott@eriseip.com

*Attorneys for Defendant Palo Alto Networks, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 24, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                */s/ Michelle L. Marriott*
                                                Michelle L. Marriott