### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC., SABLE IP, LLC, § § § <br> Plaintiffs, § § <br> v. § § <br> PALO ALTO NETWORKS, INC., § § § <br> Defendant. § | **CIVIL ACTION NO. 5:20-CV-00111-RWS** |

### **FINAL JUDGMENT**

Pursuant to the Court's order dismissing this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court enters Final Judgment. It is hereby

**ORDERED** that the above-captioned cause of action is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the above-captioned cause of action.

**So ORDERED and SIGNED this 26th day of January, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE